RICHARD N. HILL, Bar No. 083629
Email: rhill@littler.com
ROBERT L. ZALETEL, Bar No. 96262
Email: rzaletel@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendants
INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY MARTINEZ, JOSH LECLAIR, NORBERTO SUAREZ, TYLER FOX, AND JARED HUTMAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:11-CV-01392-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATES OF CASE MANAGEMENT CONFERENCE, RULE 26(f) REPORT AND INITIAL DISCLOSURES**<br><br>Complaint Filed: February 22, 2011<br><br>Action Removed: March 23, 2011 |

WHEREAS, this is a putative wage hour class and collective action alleging that Defendants violated the Fair Labor Standards Act, 29 U.S.C., Section 200 et seq., by failing to pay Plaintiffs overtime, with related state law claims for alleged overtime, travel time pay, failure to provide meal and/or rest breaks, failure to pay prevailing wages on state public works jobs, and other wage/hour claims; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & PROP ORD EXTENDING CASE MGMT CONF

CASE NO. CV-01392-SI

WHEREAS, Defendant Incom Mechanical, Inc. is a small plumbing contractor located in Petaluma, California; and

WHEREAS, the parties have scheduled a mediation with attorney Mark Rudy for July 5, 2011; and

WHEREAS, Defendant has provided Plaintiff with relevant payroll records for all putative class members, timesheets for the Plaintiffs, GPS records, and documents concerning its financial condition; and

WHEREAS, the parties will continue to exchange relevant documents which will enable Plaintiffs' counsel to prepare for the July 5 mediation, and to assess the potential settlement value of the case; and

WHEREAS, the parties wish to conserve their resources, and those of the Court, in the hopes that the parties will be able to reach settlement at the mediation on July 5, or thereafter; and

WHEREAS, the parties' Rule 26(f) report and Rule 26(a) initial disclosures are currently due July 28, 2011.

THEREFORE, the parties respectfully request that the Case Management Conference currently scheduled for August 5, 2011 at 2:30 p.m. before the Hon. Susan Illston be continued approximately 45 days to allow the parties to focus on attempting to settle the case, and to allow sufficient time to prepare the proposed class settlement papers, if a settlement is reached, with the dates for the parties' Rule 26(f) report and Rule 26(a) initial disclosures also continued for approximately 45 days.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & PROP ORD EXTENDING CASE MGMT CONF

2.

CASE NO. CV-01392-SI

1  IT IS SO STIPULATED.

2  Dated: May, 16, 2011

3  /s/ Robert L. Zaletel
   ROBERT L. ZALETEL
   LITTLER MENDELSON
4  A Professional Corporation
   Attorneys for Defendant
5  INCOM MECHANICAL, INC.,
   JOE LOCATI, JEFFREY LOCATI, PHIL
6  LOCATI

   Dated: May 16, 2011

7

8  /s/ Bryan Schwartz
   BRYAN SCHWARTZ
   BRYAN SCHWARTZ LAW
9  Attorney for Plaintiffs
   RICKY MARTINEZ, ET AL.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & PROP ORD EXTENDING CASE MGMT CONF      3.      CASE NO. CV-01392-SI

# ORDER

For good cause appearing, the Case Management Conference in this case is hereby continued to September 16, 2011 at 2:30 p.m., Courtroom 10, Hon. Susan Illston. The parties' last date to file their Rule 26(f) report, complete Rule 26(a) initial disclosures, and file their Joint Case Management Conference Statement shall be one week before the Case Management Conference, or September 9, 2011.

IT IS SO ORDERED.

Dated: 5/17/11

_____
U.S. DISTRICT COURT JUDGE