1  BRYAN SCHWARTZ, Bar No. 209903
   HILLARY BENHAM-BAKER, Bar No. 265019
2  BRYAN SCHWARTZ LAW
   180 Grand Avenue, Ste. 1550
3  Oakland, CA 94612
   Telephone:    510.444.9300
4  E-mail:       bryan@bryanschwartzlaw.com
   E-mail:       hillary@bryanschwartzlaw.com
5
   LAW OFFICES OF J. CHRISP
6  JESSE BURL CHRISP, Bar No. 262518
   14655 Lakeshore Drive
7  Clearlake, CA 94522
   Telephone:    707.994.0529
8  Email:        jessechrisp@gmail.com

9  Attorneys for Plaintiffs and the Putative Class

10 RICHARD N. HILL, Bar No. 083629
   ROBERT L. ZALETEL, Bar No. 096262
11 LITTLER MENDELSON
   A Professional Corporation
12 650 California Street, 20th Floor
   San Francisco, CA  94108-2693
13 Telephone:    415.433.1940
   E-mail:       rhill@littler.com
14 E-mail:       rzaletel@littler.com

15 Attorneys for Defendants
   INCOM MECHANICAL, INC., JOE LOCATI,
16 JEFFREY LOCATI, PHIL LOCATI

17
                       UNITED STATES DISTRICT COURT
18
                     NORTHERN DISTRICT OF CALIFORNIA
19
                          SAN FRANCISCO DIVISION
20

21 | Ricky Martinez, Josh LeClair, Norberto Suarez, Tyler Fox, and Jared Hutman, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No.  CV-11-01392 (SI) |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FILING OF AN AMENDED COMPLAINT** |
| Plaintiffs, | Complaint Filed:   February 18, 2011 |
| v. | No Trial Date Set |
| Incom Mechanical, Inc., Joe Locati, Jeffrey Locati, Phil Locati, and DOES 1 through 50 inclusive, | |
| Defendants. | |

STIPULATION AND [PROPOSED]
ORDER RE PLAINTIFFS' FILING OF AN                                    Case No. CV 11-01392  (SI)
AMENDED COMPLAINT

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricky Martinez, *et al.* ("Plaintiffs") and Defendants Incom Mechanical, Inc., *et al.* ("Defendants"), by and through their attorneys of record, make the following stipulated request to file a First Amended Complaint ("FAC") in the above-captioned matter as follows:

WHEREAS, the parties have reached a settlement agreement wherein they have agreed to resolve all claims;

WHEREAS, the parties have agreed to settle claims under the Private Attorneys General Act of 2004 ("PAGA"), California Labor Code section 2699, *et seq.*;

WHEREAS, without waiving any defenses to the FAC, or their right to challenge the new pleading, Defendants have agreed to stipulate to the filing of the FAC to add claims under PAGA, so that the pleadings conform to the settlement;

WHEREAS, the California Labor and Workforce Development Agency indicated on August 10, 2011 that it did not intend to investigate Plaintiffs' PAGA allegations;

THEREFORE IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiffs and Defendants, through their respective counsel, that the Court grant Plaintiffs leave to amend the Complaint as agreed by the parties.

1  Dated: August 22, 2011                    BRYAN SCHWARTZ LAW
2
3                                            */s/ Hillary Benham-Baker*
                                             Bryan Schwartz, Bar No. 209903
4                                            Hillary Benham-Baker, Bar No. 265019
                                             Attorney for Plaintiff
5
6  Dated: August 22, 2011                    LITTLER MENDELSON
                                             A Professional Corporation
7
8
9                                            _____
                                             Richard N. Hill
10                                           Robert L. Zaletel
                                             Attorneys for Defendants
11                                           Incom Mechanical, Inc., Joe Locati, Jeffrey
                                             Locati, and Phil Locati
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation, above, is approved and adopted as the Order of this Court, as follows:

Plaintiff's First Amended Complaint, filed with the Stipulation and Order is to be filed

**IT IS SO ORDERED.**

Dated:  ___8/30___ , 2011

_____
Susan Illston
UNITED STATES DISTRICT COURT JUDGE