1  BRYAN SCHWARTZ, Bar No. 209903
   HILLARY BENHAM-BAKER, Bar No. 265019
2  BRYAN SCHWARTZ LAW
   180 Grand Avenue, Ste. 1550
3  Oakland, CA 94612
   Telephone:     510.444.9300
4  E-mail:        bryan@bryanschwartzlaw.com
   E-mail:        hillary@bryanschwartzlaw.com
5
   LAW OFFICES OF J. CHRISP
6  JESSE BURL CHRISP, Bar No. 262518
   14655 Lakeshore Drive
7  Clearlake, CA 94522
   Telephone:     707.994.0529
8  Email:         jessechrisp@gmail.com

9  Attorneys for Plaintiffs and the Putative Class

10 RICHARD N. HILL, Bar No. 083629
   ROBERT L. ZALETEL, Bar No. 096262
11 LITTLER MENDELSON
   A Professional Corporation
12 650 California Street, 20th Floor
   San Francisco, CA  94108-2693
13 Telephone:     415.433.1940
   E-mail:        rhill@littler.com
14 E-mail:        rzaletel@littler.com

15 Attorneys for Defendants
   INCOM MECHANICAL, INC., JOE LOCATI,
16 JEFFREY LOCATI, PHIL LOCATI

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

| Ricky Martinez, Josh LeClair, Norberto Suarez, Tyler Fox, and Jared Hutman, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Incom Mechanical, Inc., Joe Locati, Jeffrey Locati, Phil Locati, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.  CV-11-01392 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ENLARGEMENT OF TIME TO FILE A PRELIMINARY APPROVAL MOTION FOR A CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:   February 18, 2011<br><br>No Trial Date Set |
|---|---|

STIPULATION AND [PROPOSED]
ORDER RE ENLARGEMENT OF TIME                                  Case No. CV 11-01392  (SI)
TO FILE MOTION

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricky Martinez, *et al.* ("Plaintiffs") and Defendants Incom Mechanical, Inc., *et al.* ("Defendants"), by and through their attorneys of record, make the following stipulation seeking an enlargement of time to file the preliminary approval motion in the above-captioned matter as follows:

WHEREAS, the parties have reached a detailed stipulation and settlement agreement with a host of exhibits (including class notice, opt-in and claim form, etc.), wherein they have agreed to resolve all claims, which was fully-executed by the parties and their counsel today, August 31, 2011;

WHEREAS, the parties seek a hearing date of October 7, 2011, for the preliminary approval motion, because: Counsel for Plaintiff is unavailable October 14 and 28, 2011, due to prior speaking engagements requiring travel out of the area; the Court is unavailable October 21, 2011, according to the posted calendar; and Counsel for Plaintiff is unavailable beginning October 31, 2011 and until late November, with a scheduled trial in Superior Court;

WHEREAS, the preliminary approval motion is being drafted but, due to other conflicting deadlines, Court appearances, and Labor Day travel plans, will not be filed this week;

WHEREAS, the parties will complete and serve the preliminary approval motion next week, by September 9, 2011, leaving 28 days until the desired, October 7, 2011 hearing date,

THEREFORE IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiffs and Defendants, through their respective counsel, that the Court grant the parties an enlargement of time to file the preliminary approval motion in this matter.

STIPULATION AND [PROPOSED] ORDER RE ENLARGEMENT OF TIME TO FILE MOTION        1.        Case No. CV 11-01392 (SI)

| | |
|---|---|
| Dated: August 31, 2011 | BRYAN SCHWARTZ LAW |
| | |
| | */s/ Bryan Schwartz*<br>Bryan Schwartz, Bar No. 209903<br>Hillary Benham-Baker, Bar No. 265019<br>Attorney for Plaintiff |
| Dated: August 31, 2011 | LITTLER MENDELSON<br>A Professional Corporation |
| | /s/Robert Zaletel<br>Richard N. Hill<br>Robert L. Zaletel<br>Attorneys for Defendants<br>Incom Mechanical, Inc., Joe Locati, Jeffrey Locati, and Phil Locati |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation, above, is approved and adopted as the Order of this Court, as follows:

The parties may file the preliminary approval motion regarding their class action settlement on or before September 9, 2011, and the preliminary approval hearing will be conducted on October 7, 2011, 28 days later.

**IT IS SO ORDERED.**

Dated: ~~August~~ 9/1 2011

_____
Susan Illston
UNITED STATES DISTRICT COURT JUDGE