RICHARD N. HILL, Bar No. 083629
Email: rhill@littler.com
ROBERT L. ZALETEL, Bar No. 96262
Email: rzaletel@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI.

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY MARTINEZ, JOSH LECLAIR, NORBERTO SUAREZ, TYLER FOX, AND JARED HUTMAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>INCOM MECHANICAL, INC., JOE LOCATI, JEFFREY LOCATI, PHIL LOCATI, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-CV-01392-SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: October 7, 2011<br><br>PLACE: Courtroom 10<br>(Hon. Susan Illston)<br><br>TIME: 2:30 P.M.<br><br>**Complaint Filed:** February 18, 2011 |

The parties have settled this wage hour class action case. The parties anticipate filing a Motion for Preliminary Approval of the Settlement on September 9, 2011, to be heard on October 7, 2011 at 9:00 a.m., pursuant to the Court's September 1, 2011 Order Shortening Time to File a Preliminary Approval Motion for a Class Action Settlement ECF No. 24. The parties request that the Case Management Conference now scheduled for October 7, 2011 at 2:30 p.m. be taken off calendar.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

CASE NO. CV-01392-SI

1   Dated: September 8, 2011

2

3                                     /s/ Robert L. Zaletel
                                      ROBERT L. ZALETEL
                                      LITTLER MENDELSON

4                                     A Professional Corporation
                                    Attorneys for Defendant

5   Dated: September 8, 2011       INCOM MECHANICAL, INC.,
                                    JOE LOCATI, JEFFREY LOCATI, PHIL

6                                     LOCATI

7

8                                     /s/ Bryan Schwartz
                                      BRYAN SCHWARTZ
                                      BRYAN SCHWARTZ LAW

9                                     Attorney for Plaintiffs
                                    RICKY MARTINEZ, ET AL.

10

11

12

13   Firmwide:103699747.3 066122.1001

14

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940